UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maximilian Streitz, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Royal Credit Union, Repossessors, Inc., and John Doe Repossession Companies 1-10,<br><br>    Defendants. | Civil No. 19-535 (JNE/DTS)<br><br>ORDER |

On February 18, 2020, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 28]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated:  February 18, 2020

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge